PROB 12C
(7/93)

# United States District Court

for the

## Eastern District of Washington

Report Date: May 17, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Coby C. Adams                     Case Number: 2:08CR00090-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 12/4/2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 2/10/2012

Date Supervision Expires: 2/9/2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 14, 2012, Mr. Adams was arrested in Spokane County on (4) counts of Prescription Fraud in violation of RCW 69.50.403(C), and (1) count of Second Degree Possession of Stolen Property in violation of RCW 9A.56.160(1)(A). The underlying charges are punishable by up to 5 years in prison. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/17/2012

s/Matthew L. Thompson

Matthew L Thompson
Supervising U.S. Probation Officer

Prob12C
Re: Adams, Coby C
May 17, 2012
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/17/12
Date