PROB 12C
(7/93)

Report Date: October 26, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 9 2012

JAMES R. LARSEN
                    DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Coby C Adams                    Case Number: 2:08CR00090-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/4/2008

| Original Offense: | Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) | |
|---|---|---|
| Original Sentence: | Prison - 60 Months; TSR - 48 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 2/10/2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 2/9/2016 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

    1      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

              **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

              **Supporting Evidence**: During the month of October 2012, Mr. Adams was observed by law enforcement selling a controlled substance. Specifically, purchases of oxycodone hydrochloride were made from Mr. Adams at his apartment.

              On October 26, 2012, the Spokane Police Department executed a search warrant at Mr. Adams' residence. Subsequently, he was arrested and booked into custody for two counts of delivery of a controlled substance.

              Additional information will be provided to the Court once received from local authorities.

Prob12C
**Re: Adams, Coby C**
**October 26, 2012**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     10/26/2012

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

October 29, 2012

Date