PROB 12C
(7/93)

Report Date: November 5, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 5 2012

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Coby C Adams          Case Number: 2:08CR00090-001

Address of Offender: Spokane County Jail: 1100 W. Mallon, Spokane, WA 99260

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/4/2008

Original Offense: Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base (Crack Cocaine), 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Original Sentence: Prison - 60 Months;          Type of Supervision: Supervised Release
TSR - 48 Months

Asst. U.S. Attorney: Pamela J. Byerly          Date Supervision Commenced: 2/10/2012

Defense Attorney: Roger Peven          Date Supervision Expires: 2/9/2016

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On October 12, 2012, Mr. Adams was a passenger in a vehicle that was driven by Alan Bernard Way, who is a convicted felon. |
| 3 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: On October 12, 2012, Mr. Adams was a passenger in a vehicle that was stopped by Spokane police officers. Mr. Adams was identified as having a valid driver's license, and was allowed to drive his friend's vehicle from the location after his friend was arrested. To date Mr. Adams has failed to report the above-noted contact with law enforcement. |

Prob12C
Re: Adams, Coby C
November 5, 2012
Page 2

| | | |
|---|---|---|
| | 4 | **Special Condition # 14**: You shall not associate with known street gang members and gang affiliates. |
| | | **Supporting Evidence**: On October 12, 2012, Mr. Adams was found with Alan Bernard Way, who has been identified by law enforcement as a Deuce Avenue Crip. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/5/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

NOV 5 2012
Date